**Masoumeh MOHAJER, Plaintiff-Appellant,**

v.

**J.P. MORGAN CHASE BANK, N.A., Company; et al., Defendants-Appellees.**

**No. 15-55122**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 27, 2017

Masoumeh Mohajer, Pro Se

John M. Sorich, PIB Law, Costa Mesa, CA, for Defendants-Appellees JPMorgan Chase Bank, N.A., Deutsche Bank National Trust Company

Abel Ortiz, Esquire, Kimall, Tirey & St. John, LLP, Irvine, CA, for Defendants-Appellees Colfin Ai Ca 5 LLC, Strategic Property Management

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Masoumeh Mohajer appeals pro se from the district court's judgment dismissing her action alleging federal and state law claims arising from foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

We do not consider Mohajer's federal and state law claims arising from foreclosure proceedings because Mohajer does not challenge the district court's dismissal of those claims in her opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (court does not consider matters not specifically and distinctly raised and argued in the opening brief).

We reject as unsupported by the record Mohajer's contention that opposing counsel filed a proposed order with the district court without a certificate of service.

Defendants' September 11, 2015 motion for judicial notice is denied as unnecessary.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.